IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **TYRONE THOMPSON,** : | |
| : | |
| Petitioner, : | Case No. 2:23-cv-01275 |
| : | |
| v. : | **Chief Judge Algenon L. Marbley** |
| : | **Magistrate Judge Elizabeth P. Deavers** |
| **ARAMARK CORRECTIONAL** : | |
| **SERVICES,** *et al.*, : | |
| : | |
| Respondent. : | |

**ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation (R&R) (ECF No. 5), recommending that this Court dismiss Plaintiff's case for lack of prosecution. On April 11, 2023, Plaintiff filed a motion for leave to proceed *in forma pauperis*. (ECF No. 1). On May 18, 2023, the Magistrate Judge issued a Deficiency Order, instructing Plaintiff to pay the full filing fee or to submit a complete application and affidavit to proceed *in forma pauperis* within thirty (30) days. (ECF No. 3). Plaintiff was cautioned that "[i]f plaintiff fails to pay the filing fee or to submit an application to proceed *in forma pauperis* within this time limit, the complaint may be dismissed." (*Id*. at 1). More than thirty (30) days have passed since the Deficiency Order was issued and Plaintiff has failed to respond to or otherwise comply with the Deficiency Order.

The Magistrate Judge's R&R suggesting dismissal of the instant action was filed on July 5, 2023. (ECF No. 5). The R&R advised Plaintiff that he had fourteen (14) days thereafter to raise any objections. (*Id*. at 2). The R&R also notified Plaintiff that failure to make objections within the applicable time period may forfeit rights on appeal. (*Id*.).

This Court has reviewed the Magistrate Judge's R&R. Considering Plaintiff failed to respond to or comply with the Deficiency Order and no objections have been filed in response to

1

the R&R and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, this Court **ADOPTS** the Magistrate Judge's R&R (ECF No. 5) as this Court's findings of facts and law. Therefore, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The Court further **DENIES** a certificate of appealability.

    IT IS SO ORDERED.

                                                      **ALGENON L. MARBLEY**
                                                      **CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:  October 30, 2023**